|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  | **FILED: 5/18/11** |
| 5  |    |

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

*Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund, et al.*

    **Plaintiff,**

    v.

*Automation Systems Network, Inc., et al.*

    **Defendants.**

CASE NO. CV 10-3598-GHK (Ex)

**Judgment**
**(Fed R. Civ. P. 54(b))**

    Pursuant to the Court's March 28, 2011 and May 18, 2011 Orders, IT IS HEREBY ADJUDGED that Plaintiffs Trustees of the Southern California Pipe Trades Health and Welfare Trust Fund; Trustees of the Southern California Pipe Trades Retirement Trust Fund; Trustees of the Southern California Pipe Trades Defined Contribution Trust Fund; Trustees of the Southern California Pipe Trades Vacation and Holiday Trust Fund; Trustees of the Southern California Pipe Trades Christmas Bonus Fund; Trustees of the Apprentice and Journeyman Training Trust Fund; Trustees of the Plumbers and Pipefitters National Pension Fund; and Trustees of the International Trading Fund shall have judgment pursuant to Federal Rule of Civil Procedure 54(b) against Defendant

1 | Automation Systems Network, Inc. in the amount of $20,257.02.
2 |
3 | **IT IS SO ORDERED**.
4 | DATED: May 18, 2011

_____
GEORGE H. KING
United States District Judge